UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------x
CAROL KULIG                                    )        No. Civ 1:13-cv-04715-PKC
on behalf of herself and all others similarly situated)
            Plaintiff                          )
                                               )
      -v.-                                     )
MIDLAND FUNDING, LLC,                          )
MIDLAND CREDIT MANAGEMENT, INC.                )
ENCORE CAPITAL GROUP, INC.                     )
      formerly MCM CAPITAL GROUP, INC.         )
AMANDA PEREZ                                   )
            Defendants                         )
-------------------------------------------------------------x
```

## DECLARATION OF AHMAD KESHAVARZ

I, Ahmad Keshavarz, declare under penalty of perjury, as provided or by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. My name is Ahmad Keshavarz. I am of sound mind and capable of giving this declaration.

2. The facts stated the above referenced motion and in this declaration are within my personal knowledge and are true and correct.

3. I spoke with Ms. Kulig to gather the information to respond to Defendants' discovery requests. While I did not go item by item through each discovery requests separately, I did ask for the information requested in the discovery requests.

4. Attached as Exhibit A is a true and correct copy of excerpts of the deposition of Plaintiff Carol Kulig (redacted as per DE 68).

5. Attached as Exhibit B is a true and correct copy of the August 13, 2014 deposition sheet for Carol Kulig.

1

6.     Attached as Exhibit C is a true and correct copy of documents which reference Ms. Kulig's work in in field of cultural anthropology with her partner Alan Lomax. Specifically this includes a true and correct copy of July 4, 1992 NY Times article "Folklorist Offers Insight Into Cultural Connections" obtained from www.nytimes.com ; a true and correct excerpt from the John Szwed, Alan Lomax: The Man Who Recorded the World, p. 372 (2010), biography of cultural anthropologist Alan Lomax mentioning Ms. Kulig as his companion and coworker for 23 years; and true and correct copies of citations to articles in The Journal of American Folklore, http://www.jstor.org, with which Ms. Kulig was involved.

7.     Attached as Exhibit D is a true and correct copy of the Declaration of Eric J. Miller

8.     Attached as Exhibit E is a true and correct copy of notice of deposition for Midland corporate representative.

9.     Attached as Exhibit F is a true and correct copy of excerpts of the deposition of Scott Morris. (redacted).

10.    Attached as Exhibit G is Deposition Exh. 24. Legal Collections Challenge Statute of Limitations Policy. (February 14, 2013.) (redacted).

Dated:   Brooklyn, New York
         August 19, 2014
              /s/
         _____
         Ahmad Keshavarz

3

**Table of Contents to Exhibits:**

**Exhibit**

A. Deposition of Plaintiff Carol Kulig

B. Deposition errata sheet for Carol Kulig.

C. References to Ms. Kulig (New York Times article; excerpts from biography of Alan Lomax, and citations to published journal articles).

D. Declaration of Eric J. Miller

E. Notice of deposition for Midland corporate representative.

F. Deposition testimony of Midland corporate representative Scott Morris.

G. Deposition Exh. 24. Midland Legal Collections Challenge Statute of Limitations Policy. (February 14, 2013.) (redacted).