✺AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Carol Kulig | **District of** | Southern District of New York |
|---|---|---|

Plaintiff(s),

V.

Midland Funding, L.L.C. et al

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:13-cv-04715-PKC

Notice is hereby given that, subject to approval by the court, __Plaintiff Carol Kulig__ substitutes
(Party (s) Name)

__Brian L. Bromberg__, State Bar No. __2441947__ as counsel of record in
(Name of New Attorney)

place of __Ahmad Keshavarz__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Bromberg Law Office, P.C. |
|---|---|
| Address: | 26 Broadway, 21st Floor, New York, NY 10004 |
| Telephone: | (212) 248-7906    Facsimile (212) 248-7908 |
| E-Mail (Optional): | brian@bromberglawoffice.com |

I consent to the above substitution.
Date: 12/10/2014

_Carol Kulig_
(Signature of Party (s))

I consent to being substituted.
Date: 12/10/2014

_Ahmad Keshavarz_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/15/14

_Brian Bromberg_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____          _____
                                                               Judge