UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CAROL KULIG                                                    )      No. Civ. 13-cv-04715-PKC
*on behalf of herself and all others similarly* )
*situated*                                                         )
            **Plaintiff**                                        )
                                                                   )
            -v.-                                                  )
MIDLAND FUNDING, LLC,                                          )
MIDLAND CREDIT MANAGEMENT, INC.                                )
ENCORE CAPITAL GROUP, INC.                                     )
    f/k/a MCM CAPITAL GROUP, INC.                             )
AMANDA PEREZ                                                   )
            **Defendants**                                      )
---------------------------------------------------------------x

### Plaintiff's Motion for Substitution of Counsel

PLEASE TAKE NOTICE that, upon the annexed declaration of Ahmad Keshavarz, Esq., dated December 20, 2014, and the exhibit attached thereto, Plaintiff, by counsel, moves under Local Civil Rule 1.4 that this Court substitute Brian L. Bromberg as counsel of record for Plaintiff Carol Kulig, in place of Ahmad Keshavarz.

Dated: Brooklyn, New York
        December 20, 2014

                              Respectfully submitted,
                              /s/
                              Ahmad Keshavarz
                              THE LAW OFFICES OF AHMAD KESHAVARZ
                              16 Court St., 26th Floor
                              Brooklyn, NY 11241-1026
                              Phone: (718) 522-7900
                              Fax:   (877) 496-7809 (toll-free)
                              Email: ahmad@NewYorkConsumerAttorney.com

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Defendants
>MIDLAND FUNDING, LLC;
>MIDLAND CREDIT MANAGEMENT, INC;
>ENCORE CAPITAL GROUP, INC; and
>AMANDA PEREZ
>By and through their attorneys of record
> Kevin P. Wallace
> Karen F. Lederer
>Timothy St. George
>Troutman & Sanders, LLP
>The Chrysler Building
>405 Lexington Avenue
>New York, NY 10174

I further certify that on this day I served the above referenced document to the party listed below via postal mail:

>Carol Kulig
>820 West End Ave., Apt. 14B
>New York, NY 10025

Date: December 20, 2014
      Brooklyn, NY
/s/
Ahmad Keshavarz
Plaintiff's Attorney