✑AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Carol Kulig | **District of** | Southern District of New York |
|---|---|---|

                             Plaintiff (s),         **CONSENT ORDER GRANTING**
V.                                                      **SUBSTITUTION OF ATTORNEY**

Midland Funding, L.L.C. et al                 CASE NUMBER:  1:13-cv-04715-PKC
              Defendant (s),

Notice is hereby given that, subject to approval by the court, __Plaintiff Carol Kulig__ substitutes
                                                                             (Party (s) Name)

__Brian L. Bromberg__, State Bar No. __2441947__ as counsel of record in
       (Name of New Attorney)

place of   __Ahmad Keshavarz__.
                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Bromberg Law Office, P.C.
    Address:            26 Broadway, 21st Floor, New York, NY 10004
    Telephone:         (212) 248-7906         Facsimile  (212) 248-7908
    E-Mail (Optional):   brian@bromberglawoffice.com

I consent to the above substitution.
Date:      12/10/2014                                     Carol Kulig
                                                            (Signature of Party (s))

I consent to being substituted.
Date:      12/10/2014                                     Ahmad Keshavarz
                                                             (Signature of Former Attorney (s))

I consent to the above substitution.
Date:     12/15/14
                                                            (Signature of New Attorney)
                                                            Brian Bromberg

The substitution of attorney is hereby approved and so ORDERED.

Date:                                                                                     Judge