UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
**CAROL KULIG**              )   No. Civ. 13-cv-04715-PKC
*on behalf of herself and all others similarly* )
*situated*                    )
      **Plaintiff**       )
                              )
   -v.-                  )
**MIDLAND FUNDING, LLC,**     )
**MIDLAND CREDIT MANAGEMENT, INC.** )
**ENCORE CAPITAL GROUP, INC.** )
   **f/k/a MCM CAPITAL GROUP, INC.** )
**AMANDA PEREZ**              )
      **Defendants**     )
---------------------------------------------------------------x

*[Handwritten: Application granted. So Ordered. /s/ P. Kevin Castel, USDJ  3-4-15]*

### Plaintiff's Motion for Substitution of Counsel

PLEASE TAKE NOTICE that, upon the annexed declaration of Ahmad Keshavarz, Esq., dated December 20, 2014, and the exhibit attached thereto, Plaintiff, by counsel, moves under Local Civil Rule 1.4 that this Court substitute Brian L. Bromberg as counsel of record for Plaintiff Carol Kulig, in place of Ahmad Keshavarz.

Dated: Brooklyn, New York
       December 20, 2014

                Respectfully submitted,
                /s/
                Ahmad Keshavarz
                THE LAW OFFICES OF AHMAD KESHAVARZ
                16 Court St., 26th Floor
                Brooklyn, NY 11241-1026
                Phone: (718) 522-7900
                Fax:   (877) 496-7809 (toll-free)
                Email: ahmad@NewYorkConsumerAttorney.com

1

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-4-15