# BROMBERG LAW OFFICE, P.C.

| | |
|---|---|
| Brian L. Bromberg (Admitted in NY & CA) | 26 Broadway, 21st Floor |
| Jonathan R. Miller, Associate (Admitted in NY & MO) | New York, NY 10004 |
| | Phone: (212) 248-7906 |
| | Fax:    (212) 248-7908 |

March 24, 2015

<u>Via ECF</u>
Honorable P. Kevin Castel, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Carol Kulig v. Midland Funding, L.L.C., et al.*, No. 13-CV-4715 (PKC)

Dear Judge Castel:

My office represents the plaintiff, Carol Kulig, in the above-referenced case.

I am writing to provide a joint status report and to advise that the case has settled on an individual basis. The parties expect to come to formal terms within the next 10 days, with Ms. Kulig to receive payment of her portion of the settlement consideration within 14 days thereafter. The parties will then propose a briefing schedule on the attorney fee petition, which is a term of the settlement agreement. After the final resolution of the fee petition, as further agreed in the settlement, the parties will also request that, as part of the order of dismissal of the case with prejudice, the Court retain jurisdiction to enforce certain terms and obligations of the settlement agreement.

Respectfully,

/s/ Brian L. Bromberg
Brian L. Bromberg

cc:     All counsel of record (Via ECF)