The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 12/6/2012 | Lengthy client intake. | 2.5 | 375.00 | 937.50 |
| 6/5/2013 | Contacted NCLC regarding possibly co-counseling class action suit. Organized proposal for co-counseling. | 2.3 | 375.00 | 862.50 |
| 6/13/2013 | Replied to questions from prospective class action co-counsel with NCLC. | 1.3 | 375.00 | 487.50 |
| 6/14/2013 | Responded to queries from prospective NCLC co-counsel regarding class issues. Clarification on potential size of size, precise nature of violation. Conference call with co-counsel regarding the same. | 2.5 | 375.00 | 937.50 |
| 6/14/2013 | Reviewed additional court files for additional violations. | 2.1 | 375.00 | 787.50 |
| 6/20/2013 | Worked on complaint. | 7.7 | 375.00 | 2,887.50 |
| 6/21/2013 | Revisions to proposed complaint. | 1.6 | 375.00 | 600.00 |
| 6/24/2013 | Client meeting. Updated her on status of case. Discussed complaint. | 0.6 | 375.00 | 225.00 |
| 6/24/2013 | Worked on revising complaint. | 2.6 | 375.00 | 975.00 |
| 6/26/2013 | Worked on revising class definition. | 3 | 375.00 | 1,125.00 |
| 6/26/2013 | Evaluated two additional named plaintiffs. Contacted co-counsel regarding the same. | 2.2 | 375.00 | 825.00 |
| 6/26/2013 | Reviewed proposed revisions to complaint of co-counsel. Made comments and circulated. | 0.5 | 375.00 | 187.50 |
| 6/27/2013 | Reviewed comments of co-counsel. Replied. Revisions to proposed complaint based on the same. | 2.5 | 375.00 | 937.50 |
| 6/27/2013 | Meeting with prospective named plaintiff, and preparation for the same. | 4 | 375.00 | 1,500.00 |
| 7/6/2013 | Made revisions to complaint based on recommendations of co-counsel. | 4.5 | 375.00 | 1,687.50 |
| 7/7/2013 | Evaluated claims of prospective named Plaintiff. | 1.2 | 375.00 | 450.00 |
| 7/8/2013 | Research of date of accrual of statue of limitations for breach of credit card agreement under Delaware state law. | 4 | 375.00 | 1,500.00 |
| 7/8/2013 | Call with prospective named Plaintiff. | 1.1 | 375.00 | 412.50 |
| 7/8/2013 | Met with another prospective named plaintiff. | 0.7 | 375.00 | 262.50 |

| | **Total** | |
|---|-----------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 7/8/2013 | Final revisions to complaint and had filed. | 3 | 375.00 | 1,125.00 |
| 7/9/2013 | Per local rule forwarded file-stamped copy of complaint to clerk. | 0.3 | 375.00 | 112.50 |
| 7/9/2013 | Researched prior FDCPA decisions of district court judge, particularly decision denying Encore's motion to dismiss in a separate case. | 1 | 375.00 | 375.00 |
| 7/10/2013 | Research on disgorgement or forfeiture under GBL 349 and judiciary law. | 1.3 | 375.00 | 487.50 |
| 7/30/2013 | Call to opposing counsel regarding their request for an extension. Agreed to extension of the 30 days from today if they signed waiver of service for all defendants so there will be no objection as to service. Forwarded copy of the same to opposing counsel. | 0.3 | 375.00 | 112.50 |
| 8/2/2013 | Correspondence with opposing counsel regarding extension, waiver, conference call. | 0.2 | 375.00 | 75.00 |
| 8/26/2013 | Replied to co-counsel's comment regarding arbitration demand. Re-read the demand. | 0.4 | 375.00 | 150.00 |
| 8/26/2013 | Research on application of arbitration clause similar to the one at issue here to FDCPA claims. | 1 | 375.00 | 375.00 |
| 8/26/2013 | Reviewed their premotion letter to compel arbitration. Pulled and preliminary review of their main cases, and reviewed contra cases. | 1 | 375.00 | 375.00 |
| 8/27/2013 | | 0.3 | 375.00 | 112.50 |
| 8/30/2013 | Call from opposing counsel asking to re-set hearing date. Indicated I was unopposed. Joint call to chambers. E-mail confirmation to opposing counsel. | 0.2 | 375.00 | 75.00 |
| 9/5/2013 | Rule 26(f) conference call and preparation for the same. | 0.6 | 375.00 | 225.00 |
| 9/11/2013 | Review of research on NY state assignment law. | 0.9 | 375.00 | 337.50 |
| 9/12/2013 | Pulled and reviewed cases on assignment and proof of assignment sufficient to compel arbitration. | 4 | 375.00 | 1,500.00 |
| 9/13/2013 | Went through their exhibits for deficiencies. Worked on response. Pulled more cases. | 5 | 375.00 | 1,875.00 |

| Total | |
|-------|---|
| **Payments/Credits** | |
| **Balance Due** | |

The Law Office of Ahmad Keshavarz

# Invoice

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 9/17/2013 | Reviewed cases suggested by outside counsel. Conference call regarding the same. Post call review of additional cases. | 4 | 375.00 | 1,500.00 |
| 9/18/2013 | Reviewed additional cases on provided by co-counsel. | 0.3 | 375.00 | 112.50 |
| 9/19/2013 | | 0.6 | 375.00 | 225.00 |
| 9/19/2013 | Research on federal rules on business records evidence. | 1.7 | 375.00 | 637.50 |
| 9/20/2013 | Reviewed and responded to their proposed letter to the court. Compared with court's order regarding items to be covered in the joint letter. Responded to opposing counsels. | 0.3 | 375.00 | 112.50 |
| 9/20/2013 | Reviewed research of associate on business records. Went through research with associate. Directed additional research issues. | 1 | 375.00 | 375.00 |
| 9/21/2013 | Worked on opposition to motion to compel arbitration. | 11 | 375.00 | 4,125.00 |
| 9/22/2013 | Worked on opposition to motion to compel arbitration. | 12.5 | 375.00 | 4,687.50 |
| 9/23/2013 | Worked on opposition to motion to compel arbitration. | 6.6 | 375.00 | 2,475.00 |
| 9/24/2013 | | 2.2 | 375.00 | 825.00 |
| 9/25/2013 | Completed opposition to motion to compel arbitration. Filed. | 14 | 375.00 | 5,250.00 |
| 9/26/2013 | Prepared for initial conference. Correspondence with opposing counsel regarding the same. | 1.3 | 375.00 | 487.50 |
| 9/26/2013 | Initial conference. | 2 | 375.00 | 750.00 |
| 10/7/2013 | Reviewed recent case on proof of cardholder agreement. | 1 | 375.00 | 375.00 |
| 10/10/2013 | Reviewed their Reply supporting motion to compel arbitration. Noted a few issues. | 0.5 | 375.00 | 187.50 |
| 10/14/2013 | Call from opposing counsel regarding possibility of an individual settlement. | 0.1 | 375.00 | 37.50 |
| 10/17/2013 | Reviewed correspondence from co-counsel with research regarding possible sur-reply issues. Replied with thoughts on how to proceed. | 0.5 | 375.00 | 187.50 |
| 10/21/2013 | Answered their 1st set of discovery. | 0.5 | 375.00 | 187.50 |
| 10/23/2013 | Reviewed and revised proposed sur-reply. Reviewed Midland's Reply and our moving papers. | 5.9 | 375.00 | 2,212.50 |
| 10/24/2013 | Revisions to sur-reply, particularly in light of new cases cited by Defendants in their supplemental declaration. | 3.6 | 375.00 | 1,350.00 |

| | Total |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 10/25/2013 | Revised sur-reply. Circulated. Call with co-counsel for 20 minutes regarding the same. | 3 | 375.00 | 1,125.00 |
| 10/28/2013 | Reviewed revisions sur-reply. Made revisions. Circulated. Filed. Requested oral argument. | 2.3 | 375.00 | 862.50 |
| 10/29/2013 | Reviewed notice from clerk to refile our motion for leave to file sur-reply under a different header. | 0.2 | 375.00 | 75.00 |
| 11/5/2013 | Reviewed new decision denying Midland Funding's request to compel arbitration, Hinton v. MF, issued October 22, 2013. Case was forwarded by co-counsel. | 2 | 375.00 | 750.00 |
| 12/3/2013 | Correspondence with co-counsel as to how to deal with their affirmative defense that the there is tolling. | 0.5 | 375.00 | 187.50 |
| 12/3/2013 | Worked on letter motion to compel. | 0.3 | 375.00 | 112.50 |
| 12/17/2013 | Conference call with co-counsel regarding tolling strategy. | 1.3 | 150.00 | 195.00 |
| 1/9/2014 | Reviewed their proposed letter to court for status conference. Reviewed individual practices and scheduling order for any additional issues that should be reviewed. | 0.7 | 375.00 | 262.50 |
| 1/15/2014 | Reviewed lengthy letter from opposing counsel making arguments against our claims and making a demand for a settlement offer. Call with opposing counsel discussing the same. | 0.7 | 375.00 | 262.50 |
| 1/15/2014 | Correspondence to opposing counsel regarding joint scheduling order and protective order. Drafted proposed protective order and circulated.  Circulated authority to opposing counsel as to the burden on maintaining a document as confidential always being on the designating party. | 1.7 | 375.00 | 637.50 |
| 1/16/2014 | Initial conference. Pre-conference meeting with opposing counsel. Includes 30 minutes of travel time to and from office to court. | 2 | 375.00 | 750.00 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 1/16/2014 | Correspondence to opposing counsel with the protective order Midland agreed to last year in the SD NY in Khan v. Midland. Ask them to agree to essentially the same. Drafted and submitted the proposed protective order into our style. Forwarded them the document production answer in Khan where they agreed to produce the insurance policy declaration sheet and did not request a confidentiality agreement regarding the same. | 0.3 | 375.00 | 112.50 |
| 1/16/2014 | Drafted list of information we need to settlement. | 0.4 | 375.00 | 150.00 |
| 1/16/2014 | Reviewed signed scheduling order. Entered deadlines and ticklers. | 0.5 | 375.00 | 187.50 |
| 1/16/2014 | Conversation with co-counsel regarding settlement and case strategy after our discussion with opposing counsel today. | 1.3 | 375.00 | 487.50 |
| 1/17/2014 | Correspondence to opposing counsel to itemize items needed for informal discovery. | 0.4 | 375.00 | 150.00 |
| 1/30/2014 | Reviewed their proposed protective order. Noted concerns. Reviewed model protective orders by other SD NY judges. Forwarded to co-counsel for review and comment. | 1.1 | 375.00 | 412.50 |
| 1/30/2014 | Worked on initial disclosures. Forwarded to co-counsel for review and comment. Served. | 0.6 | 375.00 | 225.00 |
| 2/4/2014 | Correspondence with opposing counsel regarding their individual offer of settlement and the status of the informal discovery answers. | 0.1 | 375.00 | 37.50 |
| 2/4/2014 | Call to client to update her on status of case, to relay their offer of settlement. Discussed the offer of settlement in detail. Answered any questions she might have. She instructed me to rejected the offer. Relayed the same to opposing counsel. | 0.5 | 375.00 | 187.50 |
| 2/10/2014 | Call with Timothy St. George, opposing counsel, regarding informal discovery exchange. | 0.1 | 375.00 | 37.50 |
| 2/10/2014 | Researched and found other protective orders agreed to by Midland that were more narrowly tailored than the one they are suggesting now. | 0.5 | 375.00 | 187.50 |

| | **Total** | |
|---|-----------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

# Invoice

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 2/10/2014 | Correspondence with opposing counsels regarding proposed protective order and informal discovery in aid of settlement. | 0.3 | 375.00 | 112.50 |
| 2/13/2014 | Call with opposing counsel regarding their expected numbers as to class size, and their assumptions in determining the number. Discussed merits of the assumptions. | 0.4 | 375.00 | 150.00 |
| 2/13/2014 | Contacted co-counsel regarding Defendants' new position as to information they are willing to provide at this point. | 0.7 | 375.00 | 262.50 |
| 2/18/2014 | Began drafting first set of discovery requests. Forwarded draft to co-counsel for review and comment. Made changes. Served requests. | 2.1 | 375.00 | 787.50 |
| 2/19/2014 | Correspondence with opposing counsel regarding status of their answers to our "informal" discovery requests in aid of settlement discussion. | 0.1 | 375.00 | 37.50 |
| 2/19/2014 | Correspondence with co-counsel as to how to approach settlement discussions as to staying formal discovery pending "informal" discovery requests. | 0.3 | 375.00 | 112.50 |
| 2/27/2014 | Returned call to opposing counsel regarding informal discovery on class size and class damages. | 0.2 | 375.00 | 75.00 |
| 3/4/2014 | Continued working on second set of discovery. | 0.5 | 375.00 | 187.50 |
| 3/6/2014 | Call with opposing counsel Timothy St. George regarding settlement, information needed in order to have settlement offers (e.g. class size as each of us see it, damages as each of us sees it), and extending discovery deadlines in aid of the same. | 0.2 | 375.00 | 75.00 |
| 3/10/2014 | Research on whether res judicata bars claims of class members against whom judgments had been rendered. | 3 | 375.00 | 1,125.00 |
| 3/10/2014 | Worked on discovery requests. | 2 | 375.00 | 750.00 |
| 3/11/2014 | Completed draft of 3rd set of discovery. Circulated to opposing counsel for review and revisions. | 3 | 375.00 | 1,125.00 |

| | | |
|---|---|---|
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 3/11/2014 | Call with opposing counsel regarding discovery, obtaining information informally, extension of time in order to discuss settlement. | 0.3 | 375.00 | 112.50 |
| 3/12/2014 | Revisions to draft of discovery given proposed changes of co-counsel. | 0.3 | 375.00 | 112.50 |
| 3/13/2014 | Call with co-counsel regarding discovery, settlement information. | 0.7 | 375.00 | 262.50 |
| 3/13/2014 | Made revisions to discovery requests based on call with co-counsel and circulated. | 0.5 | 375.00 | 187.50 |
| 3/17/2014 | Calls with co-counsel regarding number of class numbers in each subclass. | 0.3 | 375.00 | 112.50 |
| 3/18/2014 | Lengthy call with opposing counsel regarding settlement and disclosure of class size and damages in aid of the same. | 0.4 | 375.00 | 150.00 |
| 3/18/2014 | Final revisions to discovery; served. | 0.5 | 375.00 | 187.50 |
| 3/18/2014 | Correspondence to co-counsel regarding call with Midland. | 0.5 | 375.00 | 187.50 |
| 3/19/2014 | Drafted supplemental discovery request as to class size for partial payments. Served. | 0.3 | 375.00 | 112.50 |
| 3/25/2014 | Call to opposing counsel regarding settlement and discovery. Left message. | 0.1 | 375.00 | 37.50 |
| 3/28/2014 | Call to opposing counsel regarding settlement. They indicated they have together all the information we requested. Counsel was waiting for authority from client as to whether to produce all of the information requested. He will speak with client in the next 1 - 2 business days and then call me, with follow up letter by him. | 0.1 | 375.00 | 37.50 |
| 4/2/2014 | Call with opposing counsel regarding numbers for settlement. | 0.3 | 375.00 | 112.50 |
| 4/2/2014 | Typed analysis numerously and damages numbers from opposing counsel.  Correspondence to co-counsel regarding the same. | 2.5 | 375.00 | 937.50 |
| 4/2/2014 | Call with co-counsel regarding settlement approach given numbers provided by opposing counsel. | 0.9 | 375.00 | 337.50 |
| 4/18/2014 | Research effect of partial payment in restarting SOL under Delaware law. | 1.6 | 375.00 | 600.00 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

# Invoice

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

| Date | Invoice # |
|---|---|
| 6/22/2015 | 1 |

| Bill To |
|---|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/21/2014 | Research on issue of partial payment restarting the SOL under Delaware law. | 6.2 | 375.00 | 2,325.00 |
| 4/22/2014 | Continued research on whether partial payment tolls SOL under Delaware law. | 1 | 375.00 | 375.00 |
| 4/22/2014 | Research on Delaware SOL tolling and res judicata bar on FDCPA claims based on collection suit being time barred. | 3.5 | 375.00 | 1,312.50 |
| 4/24/2014 | Review of numbers for settlement purposes. | 0.6 | 375.00 | 225.00 |
| 4/24/2014 | Conference call with co-counsel as to a settlement demand. | 0.5 | 375.00 | 187.50 |
| 4/24/2014 | Follow up correspondence with co-counsel | 0.5 | 375.00 | 187.50 |
| 4/24/2014 | Call with opposing counsel regarding settlement and preparation for the same. | 0.9 | 375.00 | 337.50 |
| 4/29/2014 | Correspondence with opposing counsel regarding settlement and discovery parameters. | 0.1 | 375.00 | 37.50 |
| 4/30/2014 | Call to opposing counsel regarding discovery as to Encore being vicariously liable, and preparation for the same. | 0.3 | 375.00 | 112.50 |
| 5/9/2014 | Correspondence with opposing counsel regarding discovery deadlines and hearing deadlines. Reviewed scheduling order. Call to opposing counsel. | 0.5 | 375.00 | 187.50 |
| 5/9/2014 | Drafted and served 5th set of discovery (regarding tolling of SOL). | 0.5 | 375.00 | 187.50 |
| 5/12/2014 | Preparation for call with opposing counsel regarding settlement and discovery. | 0.5 | 375.00 | 187.50 |
| 5/12/2014 | Call with opposing counsel regarding settlement and discovery. | 0.7 | 375.00 | 262.50 |
| 5/21/2014 | Updated co-counsel on status of settlement discussions. | 0.7 | 375.00 | 262.50 |
| 5/22/2014 | Preparation for call with opposing counsel. Call with opposing counsel regarding settlement. Email to Charles with results. Reviewed order from court denying our request to enlarge deadline to complete discovery. Correspondence to opposing counsel to require discovery answers to be served within 2 weeks. | 1.5 | 375.00 | 562.50 |
| 5/22/2014 | Call with co-counsel regarding strategy with proceeding. | 0.4 | 375.00 | 150.00 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 5/22/2014 | Call with opposing counsel regarding scheduling given order by the court denying extension. | 0.5 | 375.00 | 187.50 |
| 5/23/2014 | Negotiation with opposing counsel regarding stipulation and discovery. Calls and emails. Drafted and revised proposed stipulation language as to joint liability of defendants. | 1 | 375.00 | 375.00 |
| 5/28/2014 | Reviewed and revised proposed stipulation as to joint statutory damages. | 0.5 | 375.00 | 187.50 |
| 5/28/2014 | Worked on revised stipulation that can consider Encore's net worth, and circulated. Correspondence with opposing counsel regarding the same. Proposed alternative agreement. | 1.4 | 375.00 | 525.00 |
| 5/28/2014 | Worked on revised proposed protective order and circulated. | 0.8 | 375.00 | 300.00 |
| 5/29/2014 | Replied to e-mail from opposing counsel regarding stipulation. | 0.5 | 375.00 | 187.50 |
| 5/30/2014 | Call to opposing counsel Kevin Wallace regarding protective order. | 0.1 | 375.00 | 37.50 |
| 5/30/2014 | Reviewed e-mail from opposing counsel asking for revisions to stipulation. Reviewed their answer to see which elements the admitted. Correspondence to opposing counsel regarding deadline to respond to discovery, to set depositions. | 0.8 | 375.00 | 300.00 |
| 6/3/2014 | Call with opposing counsel Kevin Wallace regarding protective order. He wanted changes to allow protective to allow them to designate any item as confidential if it is disclosed as part of settlement discussions, even if it does not otherwise meet the good cause standard. | 0.4 | 375.00 | 150.00 |
| 6/4/2014 | Correspondence with opposing counsel regarding agreed protective order. Signed. Returned. | 0.1 | 375.00 | 37.50 |
| 6/4/2014 | Returned call to opposing counsel Timothy St. George. Lengthy call regarding discovery, their request for an additional extension on discovery, stipulation regarding Encore joint liability for net worth. Discussion regarding Encore liability. | 1 | 375.00 | 375.00 |
| 6/5/2014 | Revised proposed stipulation based on prior conversation with opposing counsel and circulated. | 0.4 | 375.00 | 150.00 |

| | **Total** | |
|---|-----------|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

# Invoice

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 6/5/2014 | Worked on letter for pre-motion conference to file motion for class certification. | 1.3 | 375.00 | 487.50 |
| 6/6/2014 | Correspondence with co-counsel updating him on case. Asked for his views on stipulation, dismissal of | 0.8 | 375.00 | 300.00 |
| 6/6/2014 | Responded to letter for extension on discovery. | 3.9 | 375.00 | 1,462.50 |
| 6/9/2014 | Correspondence with opposing counsel regarding strategy in stipulation with Encore, discovery. | 0.4 | 375.00 | 150.00 |
| 6/10/2014 | Proposed revised stipulation language on Encore. | 0.2 | 375.00 | 75.00 |
| 6/12/2014 | Worked on letter for pre-motion conference to file motion for class certification. | 0.7 | 375.00 | 262.50 |
| 6/13/2014 | Worked on revisions to class certification letter based on proposed changes of co-counsel. | 0.4 | 375.00 | 150.00 |
| 6/17/2014 | Call with opposing counsel regarding settlement. | 0.3 | 375.00 | 112.50 |
| 6/17/2014 | Correspondence to co-counsel regarding settlement, their indication that they will be filing a letter to strike the class definition. | 0.5 | 375.00 | 187.50 |
| 6/17/2014 | Filed letter for pre-motion conference to file for class certification. | 0.2 | 375.00 | 75.00 |
| 6/17/2014 | Answered Defendants' 2nd set of discovery requests and served. | 2.5 | 375.00 | 937.50 |
| 6/17/2014 | Preliminary review answers to their answers to our discovery requests. | 0.8 | 375.00 | 300.00 |
| 6/18/2014 | Conference call with co-counsel regarding settlement strategy, went through their settlement offer terms, worked on putting together an alternative settlement package. Went through response to their motion to strike class allegations. | 1.8 | 375.00 | 675.00 |
| 6/19/2014 | Prepared for call with opposing counsel regarding discovery. Went through their discovery responses. Created punch list of issues. | 1 | 375.00 | 375.00 |
| 6/19/2014 | Lengthy call regarding discovery with opposing counsel. Went line by line through discovery answers. Discussed stipulation as to Encore to dismiss them and limit discovery. Discuss issues of deposition dates. | 1.6 | 375.00 | 600.00 |

| | | |
|---|---|---|
| | **Total** | |
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 6/19/2014 | Updated co-counsel on status of settlement discussions, and obtained consensus on how to deal with dismissing Encore. | 0.3 | 375.00 | 112.50 |
| 6/19/2014 | Worked on DWQ and subpoena as to Einstein and other law firms. | 2.1 | 375.00 | 787.50 |
| 6/19/2014 | Worked on document production. | 1 | 375.00 | 375.00 |
| 6/20/2014 | Worked on motion to compel. | 2.3 | 375.00 | 862.50 |
| 6/23/2014 | Continued working on motion to compel. | 6.3 | 375.00 | 2,362.50 |
| 6/24/2014 | Correspondence with opposing counsels regarding depositions. | 0.4 | 375.00 | 150.00 |
| 6/24/2014 | Correspondence with co-counsel regarding deposition strategy, questions. Telephone call regarding the same. | 0.8 | 375.00 | 300.00 |
| 6/24/2014 | Revised deposition notice. | 0.5 | 375.00 | 187.50 |
| 6/24/2014 | Prepared for depositions of Midland corporate defendants for tomorrow (in response to Defendants wanting their corporate representative sit in on the deposition of Amanda Perez and Crystal Scott. | 6 | 375.00 | 2,250.00 |
| 6/24/2014 | Worked out agreement with opposing counsel as to depositions of Defendants, deposition topics, stipulation as to consideration of Encore's net worth for other Defendants statutory damages. Re-noticed depositions. | 0.5 | 375.00 | 187.50 |
| 6/24/2014 | Prepared for deposition of Amanda Perez and Crystal Scott. Worked on outline of questions for them. | 5.7 | 375.00 | 2,137.50 |
| 6/25/2014 | Depositions of Defendant Amanda Perez and witness Crystal Scott, and morning of preparations for the same, revisions to outline of questions. | 9 | 375.00 | 3,375.00 |
| 6/26/2014 | Depositions of corporate representative for Encore, MCM, and MF. Early morning final preparations for the same, including completion of deposition question outline. | 11 | 375.00 | 4,125.00 |
| 6/27/2014 | Typed outline of outstanding issues and roadmap for balance of discovery phase based on deposition testimony. | 1.4 | 375.00 | 525.00 |
| 6/30/2014 | Completed motion to compel letter given additional deficiencies in deposition, and filed. | 7.6 | 375.00 | 2,850.00 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

# Invoice

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

| Date | Invoice # |
| --- | --- |
| 6/22/2015 | 1 |

| Bill To |
| --- |
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- |
| 7/1/2014 | Correspondence with opposing counsel. | 0.3 | 375.00 | 112.50 |
| 7/1/2014 | Replied to correspondence from opposing counsel regarding discovery, settlement, deposition of Plaintiff. | 0.7 | 375.00 | 262.50 |
| 7/1/2014 | Reviewed correspondence from opposing counsels regarding updating our discovery answers and deposition dates for Kulig. Reviewed responses. Called client. Replied to opposing counsels. | 1 | 375.00 | 375.00 |
| 7/1/2014 | Reviewed outline issues for deposition of named plaintiff in NCLC class action treatise. | 0.9 | 375.00 | 337.50 |
| 7/1/2014 | Letter to client regarding deposition date and time. | 0.4 | 375.00 | 150.00 |
| 7/2/2014 | Worked on motion for class certification. | 2 | 375.00 | 750.00 |
| 7/2/2014 | Reviewed order of court on discovery issues. Contacted opposing counsel regarding the same to set up date. | 0.4 | 375.00 | 150.00 |
| 7/7/2014 | Continued working on motion for class certification, and research regarding the same (in particular, cases certifying class actions based on the filing of time barred collection lawsuits). | 6 | 375.00 | 2,250.00 |
| 7/8/2014 | Reviewed and served Chase answers to our DWQ. | 0.3 | 375.00 | 112.50 |
| 7/8/2014 | Continued working on motion for class certification. | 7.8 | 375.00 | 2,925.00 |
| 7/9/2014 | Continued working on class certification. | 0.3 | 375.00 | 112.50 |
| 7/9/2014 | Worked on additional discovery requests. | 0.5 | 375.00 | 187.50 |
| 7/10/2014 | Reviewed objections to our DWQ and document subpoena by Forster and Garbus.  Called their counsel and left message to discuss. | 0.2 | 375.00 | 75.00 |
| 7/10/2014 | Meeting with opposing counsels regarding discovery. | 2.9 | 375.00 | 1,087.50 |
| 7/11/2014 | Completed motion to certify class. Filed. | 15 | 375.00 | 5,625.00 |
| 7/11/2014 | Call with counsel for Forster & Garbus regarding their compliance with our subpoena. | 0.4 | 375.00 | 150.00 |
| 7/11/2014 | Correspondence with opposing counsels regarding attempting to set up last minute mediation. Contacted mediators. No agreement reached. | 0.4 | 375.00 | 150.00 |

| | **Total** | |
| --- | --- | --- |
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 7/14/2014 | Client meeting in preparation for deposition, and preparation for the same. | 4.5 | 375.00 | 1,687.50 |
| 7/15/2014 | Deposition of Plaintiff, and morning of preparation for the same. Post deposition meeting with client. | 8.8 | 375.00 | 3,300.00 |
| 7/15/2014 | Reviewed ECF notice to re-file entire document. Revised. Filed. | 0.4 | 375.00 | 150.00 |
| 7/16/2014 | Follow up with opposing counsels regarding outstanding discovery issues. Lengthy correspondence to opposing counsel with itemization of issues. | 0.8 | 375.00 | 300.00 |
| 7/17/2014 | Review of additional information provided by opposing counsel. Replied regarding the same. | 0.4 | 375.00 | 150.00 |
| 7/18/2014 | Reviewed list of putative original creditors provided by Midland. Checked states of principal place of business, main office as listed in articles of association. | 0.8 | 375.00 | 300.00 |
| 7/18/2014 | Reviewed letters of counsels for law firms objecting to subpoenas. | 0.4 | 375.00 | 150.00 |
| 7/18/2014 | Drafted additional discovery to Midland and served. | 3 | 375.00 | 1,125.00 |
| 7/21/2014 | Call with attorney for Cohen & Slamowitz. They will not provide any additional information until the motion to compel issues with Midland are resolved. Follow up email confirming the same. | 0.4 | 375.00 | 150.00 |
| 7/21/2014 | Correspondence to counsel for Forster & Garbus regarding compliance with subpoena. | 0.1 | 375.00 | 37.50 |
| 7/21/2014 | Worked on our section of joint discovery letter. | 0.3 | 375.00 | 112.50 |
| 7/21/2014 | Worked on revisions to proposed joint discovery letter. | 4.2 | 375.00 | 1,575.00 |
| 7/22/2014 | Continued working on proposed joint letter. | 10.5 | 375.00 | 3,937.50 |
| 7/22/2014 | Drafted unopposed letter for adjusting briefing schedule for class certification briefing. | 0.4 | 375.00 | 150.00 |
| 7/23/2014 | Continued working on joint letter. Circulated revised draft. | 3 | 375.00 | 1,125.00 |
| 7/23/2014 | Filed letter for enlargement of time given consent of opposing counsel. | 0.3 | 375.00 | 112.50 |
| 7/24/2014 | Reviewed and revised proposed joint letter submitted by opposing counsels. Exchanged additional revisions. Filed. | 10 | 375.00 | 3,750.00 |

| | **Total** |
|---|---|
| | **Payments/Credits** |
| | **Balance Due** |

The Law Office of Ahmad Keshavarz

# Invoice

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 7/29/2014 | Worked on additional discovery requests. | 1.2 | 375.00 | 450.00 |
| 7/29/2014 | Reviewed order on joint discovery letter. | 0.4 | 375.00 | 150.00 |
| 7/29/2014 | Reviewed their opposition to class certification. Began outlining response. | 9 | 375.00 | 3,375.00 |
| 7/30/2014 | Wrote letter seeking to allow us to either file under seal the portions of the deposition and exhibits for our response to their discovery letter, or, alternatively, to remove the confidentiality designation. Circulated for consent to at least seal the provisions. Filed. | 1.3 | 375.00 | 487.50 |
| 8/13/2014 | Correspondence to co-counsel asking about information for response in opposition to class certification. | 0.6 | 375.00 | 225.00 |
| 8/14/2014 | Responded to inquiries from co-counsel regarding specific items for our reply in support of class certification and response in opposition to their motion to strike class definition. | 0.5 | 375.00 | 187.50 |
| 8/14/2014 | Drafted of letter to remove confidentiality designations in light of Court's order denying request to file under seal. | 3.5 | 375.00 | 1,312.50 |
| 8/15/2014 | Call from Chambers regarding confidentiality designations. | 0.2 | 375.00 | 75.00 |
| 8/15/2014 | Call with co-counsel regarding response to their motion. | 0.1 | 375.00 | 37.50 |
| 8/15/2014 | Worked on section of the brief. | 6.9 | 375.00 | 2,587.50 |
| 8/16/2014 | Continued working on reply in support of our motion for class certification and opposition to their motion to strike class definitions. | 8 | 375.00 | 3,000.00 |
| 8/17/2014 | Continued working on reply in support of our motion for class certification and opposition to their motion to strike class definitions. | 14 | 375.00 | 5,250.00 |
| 8/18/2014 | Completed working on reply in support of our motion for class certification and opposition to their motion to strike class definitions. Filed. | 16 | 375.00 | 6,000.00 |
| 8/19/2014 | Follow up correspondence with co-counsel and opposing counsel regarding settlement discussions, discovery cut off. | 2.2 | 375.00 | 825.00 |

| | **Total** | |
|---|---|---|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 8/27/2014 | Reviewed order of court confirming close of fact discovery date. Reviewed prior order and last set of discovery requests to determine what we might need for summary judgment, trial, that is not covered by the order. | 0.5 | 375.00 | 187.50 |
| 8/27/2014 | Emails with opposing counsel regarding mediation and outstanding discovery issues. | 0.6 | 375.00 | 225.00 |
| 8/28/2014 | Call with opposing counsel regarding mediation, discovery. | 0.8 | 375.00 | 300.00 |
| 8/28/2014 | Worked on proposed joint letter regarding discovery. | 0.8 | 375.00 | 300.00 |
| 8/29/2014 | Correspondence with co-counsel regarding setting up mediation, terms and dates. | 0.3 | 375.00 | 112.50 |
| 8/29/2014 | Additional research on arbitrators. Calls to check on availability of JAMS mediators. Correspondence regarding the same. | 1 | 375.00 | 375.00 |
| 8/29/2014 | Drafted motion to compel documents disclosed in deposition. | 2.4 | 375.00 | 900.00 |
| 9/2/2014 | Call to opposing counsel regarding mediation. | 0.3 | 375.00 | 112.50 |
| 9/3/2014 | Worked on arranging a mediator. Calls and emails regarding the same. | 0.7 | 375.00 | 262.50 |
| 9/3/2014 | Call with co-counsel regarding filing letter seeking pre-motion conference to file summary judgment, and regarding mediation. | 0.7 | 375.00 | 262.50 |
| 9/8/2014 | Phone conference with mediator | 1.5 | 375.00 | 562.50 |
| 9/9/2014 | Reviewed their spreadsheet data for numbers of class members that meet certain criteria. | 0.3 | 375.00 | 112.50 |
| 9/9/2014 | Reviewed deposition transcript in response to their partial disclosure. | 0.5 | 375.00 | 187.50 |
| 9/9/2014 | Call with co-counsel regarding mediation, approach, settlement ranges, what to include in our settlement letter. | 1.4 | 375.00 | 525.00 |
| 9/10/2014 | Reviewed their data from new spreadsheet on damages. Call to opposing counsel regarding numbers. | 2.3 | 375.00 | 862.50 |
| 9/12/2014 | Worked on class damage calculations. Added damage section to mediation statement to mediator. | 11.3 | 375.00 | 4,237.50 |

| | Total | |
|--|-------|--|
| | **Payments/Credits** | |
| | **Balance Due** | |

The Law Office of Ahmad Keshavarz

16 Court St., Suite 2600
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/22/2015 | 1 |

| Bill To |
|---------|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|----------|-------------|-------|------|--------|
| 9/14/2014 | Worked on damage analysis. Conferred with expert on various damage model assumptions given proxies for dates of service. Research on judiciary law damages as penalties so that can get both penalty under judiciary law and actual damage under a difference statute. | 3 | 375.00 | 1,125.00 |
| 9/14/2014 | Conference call with opposing counsel regarding settlement conference, damage range. | 1 | 375.00 | 375.00 |
| 9/15/2014 | Conference call with co-counsel regarding settlement. | 1.4 | 375.00 | 525.00 |
| 9/15/2014 | Revised data provided to mediator. | 1.7 | 375.00 | 637.50 |
| 9/15/2014 | Call with mediator. | 1 | 375.00 | 375.00 |
| 9/15/2014 | Continued working on judiciary law research. Other preparation for mediation. | 6 | 375.00 | 2,250.00 |
| 9/16/2014 | Mediation and preparation for the same. | 10 | 375.00 | 3,750.00 |
| 9/16/2014 | Correspondence and calls regarding possibilities of issuance of 1099 for class members where there is a dismissal with prejudice. | 1 | 375.00 | 375.00 |
| 9/18/2014 | Call with Charles as to how to deal with issue of 1099 in vacating | 0.6 | 375.00 | 225.00 |
| 9/18/2014 | Call with mediator regarding settlement. | 0.6 | 375.00 | 225.00 |
| 9/23/2014 | Worked on response to their selective quotations of transcript, and filed. | 2.5 | 375.00 | 937.50 |
| 9/26/2014 | Call from mediator regarding settlement, discussion of their latest offer of settlement. Called co-counsel to discuss, strategy on how to respond. | 0.8 | 375.00 | 300.00 |
| 9/29/2014 | Reviewed order denying class certification. Conferred with co-counsel in how to proceed. | 0.9 | 375.00 | 337.50 |
| 10/2/2014 | Client meeting. | 2.3 | 375.00 | 862.50 |
| | SUBTOTAL OF FEES FOR THE TIME OF THE ATTORNEY. | | | 181,845.00 |

| | **Total** | $181,845.00 |
|---|-----------|-------------|
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $181,845.00 |