The Law Office of Ahmad Keshavarz  
16 Court St., Suite 2600  
Brooklyn, NY 11241-1026

# Invoice

| Date | Invoice # |
|---|---|
| 6/22/2015 | 2 |

| Bill To |
|---|
| Carol Kulig |

| Serviced | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 7/8/2013 | Filing fee. | | 350.00 | 350.00 |
| 7/8/2013 | Filing fee - administrative fee for new lawsuit. | | 50.00 | 50.00 |
| 7/11/2013 | Service of process for Amanda Perez. | | 58.00 | 58.00 |
| 3/31/2014 | Witness fee for DWQ. | | 98.00 | 98.00 |
| 6/11/2014 | Witness fee for DWQ. | | 98.00 | 98.00 |
| 6/11/2014 | Delaware Attorney Services, LLC: fee for process server to serve Chase DWQ. | | 60.00 | 60.00 |
| 10/14/2014 | My share of the JAMS bill. (Total bill was $2,584.29, but NCLC reimbursed me for half of it). | | 1292.14 | 1,292.14 |
| 4/16/2015 | Invoice # 20155. Bill for deposition of Crystal Scott and Amanda Perez. | | 1815.00 | 1,815.00 |
| 4/16/2015 | Invoice # 20162. Bill for deposition of Scott Morris. | | 1790.00 | 1,790.00 |
| | Total Reimbursable Expenses | | | 5,611.14 |

| | | |
|---|---|---|
| **Total** | | $5,611.14 |
| **Payments/Credits** | | $0.00 |
| **Balance Due** | | $5,611.14 |